IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01569-WYD        **CASE RESTRICTED**

UNITED STATES OF AMERICA, *ex rel.*
JERYL McGAW, N.D. and RICHARD DELLA PENNA, M.D., *Relators*

      Plaintiffs,

v.

THE PERMANENTE FEDERATION, LLC, a corporation;
THE PERMANENTE MEDICAL GROUP, INC., a corporation;
KAISER FOUNDATION HEALTH PLAN, INC., a corporation;
KAISER FOUNDATION HOSPITALS, INC., a corporation;
THE SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership;
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a corporation;
COLORADO PERMANENTE MEDICAL GROUP, P.C., a corporation;
KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC., a corporation;
THE SOUTHEAST PERMANENTE MEDICAL GROUP, INC., a corporation,

      Defendants.

---

## CASE RESTRICTED
### ORDER GRANTING PARTIAL LIFT OF CASE RESTRICTION TO PERMIT UNITED STATES TO DISCLOSE COMPLAINT TO DEFENDANTS

---

Upon consideration of the United States' "Unopposed Restricted Motion for Partial Lifting of Case Restriction," and for good cause shown, the Court hereby grants the Motion.

IT IS ORDERED THAT the case restriction in the above-captioned case is lifted for the limited purpose of allowing the United States, in its discretion, to disclose the existence of this *qui tam* action and provide a copy of the Complaint (Doc. 1) and any amended complaint to Defendants.

IT IS FURTHER ORDERED THAT except for the limited purpose stated above, the *qui tam* complaint and all other documents filed in this case will remain under seal and restricted[1] pursuant to 31 U.S.C. § 3730(b)(2) and shall not be served on Defendants until the expiration of the statutory investigation period, or such later date as may be ordered by the Court.

IT IS FURTHER ORDERED that a copy of this Order may be served upon Relators and their counsel.

Dated this 7th day of November, 2012.

BY THE COURT:

/s/ Boyd N. Boland

BOYD N. BOLAND
United States Magistrate Judge

---

[1] The False Claims Act, 31 U.S.C. § 3730(b)(2), states that the complaint in a *qui tam* action "shall remain *under seal* …" (emphasis added). On December 1, 2011, this Court changed its Local Rules such that cases are no longer "sealed." Instead, pursuant to D.C.COLO.LCivR 7.2, cases and documents filed in those cases are now labeled as "restricted."