IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01569-WYD-BNB

UNITED STATES OF AMERICA, ex rel.
JERYL McGAW, N.D., Relator,
and
RICHARD DELLA PENNA, M.D., Relator,

      Plaintiffs,

v.

THE PERMANENTE FEDERATION, LLC, a corporation;
THE PERMANENTE MEDICAL GROUP, INC., a corporation;
KAISER FOUNDATION HEALTH PLAN, INC., a corporation;
KAISER FOUNDATION HOSPITALS, INC., a corporation;
THE SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership;
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a corporation;
COLORADO PERMANENTE MEDICAL GROUP, P.C., a corporation;
KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC., a corporation;
THE SOUTHEAST PERMANENTE MEDICAL GROUP, INC., a corporation,

      Defendants.

---

**ORDER**

---

      The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court hereby

      ORDERS that the parties shall serve all pleadings and motions filed in this action upon the United States, that the parties shall serve all notices of appeal upon the United States, and that all Orders of this Court shall be sent to the United States;

      ORDERS that the United States may order any deposition transcripts in this action;

      ORDERS that the United States is entitled to intervene in this action, for good

cause, at any time; and

ORDERS that should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated: March 14, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE