IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01569-WYD-BNB

UNITED STATES OF AMERICA, ex rel.
JERYL McGAW, N.D., Relator,
and
RICHARD DELLA PENNA, M.D., Relator,

      Plaintiffs,

v.

THE PERMANENTE FEDERATION, LLC, a corporation;
THE PERMANENTE MEDICAL GROUP, INC., a corporation;
KAISER FOUNDATION HEALTH PLAN, INC., a corporation;
KAISER FOUNDATION HOSPITALS, INC., a corporation;
THE SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership;
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a corporation;
COLORADO PERMANENTE MEDICAL GROUP, P.C., a corporation;
KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC., a corporation;
THE SOUTHEAST PERMANENTE MEDICAL GROUP, INC., a corporation,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff-Relators' Motion to Dismiss with Prejudice (ECF No. 23) and the Government's Consent thereto, the Court hereby **GRANTS** the Motion.

This action and all claims are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees, costs and expenses.

Dated:   June 6, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE